1  CENTER FOR DISABILITY ACCESS
   Isabel Masanque, Esq., SBN 292673
2  Ray Ballister, Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
7  Attorneys for Plaintiff

8  THOMAS A. SCUTTI (SBN: 137433)
   tscutti@gogglaw.com
9  GATES, O'DOHERTY, GONTER & GUY, LLP
   15373 Innovation Drive, Suite 170
10 San Diego, CA 92128
   Telephone: (858) 676-8600
11 Facsimile: (858) 676-8601
   Attorney  for Defendant
12 Rosa United Investments, Inc.
   Diamond Parking Services, LLC
13

14

15             UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
16

17 CHRIS LANGER,                        Case: 2:17-CV-08940-ODW-AS

           Plaintiff,
18
                                        **JOINT STIPULATION FOR**
19 v.                                   **DISMISSAL PURSUANT TO**
                                        **F.R.CIV.P. 41 (a)(1)(A)(ii)**
20 ROSA UNITED INVESTMENTS,
   INC., a California Corporation;
   DIAMOND PARKING SERVICES,
21 LLC, a Washington Limited
   Liability Company; and Does 1-10,
22
           Defendants.
23

24

25

26

27

28

                                        1

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 7, 2018          CENTER FOR DISABILITY ACCESS


                                 By: /s/Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff


Dated: February 7, 2018          GATES, O'DOHERTY, GONTER & GUY, LLP


                                 By: /s/Thomas A. Scutti
                                      Thomas A. Scutti
                                      Attorney for Defendants

2

Joint Stipulation for Dismissal          Case: 2:17-CV-08940-ODW-AS

1

2

## <u>SIGNATURE CERTIFICATION</u>

3  I hereby certify that the content of this document is acceptable to Thomas A.

4  Scutti, counsel for Diamond Parking Services, LLC and Rosa United

5  Investments, Inc., and that I have obtained Mr. Scutti's authorization to affix

6  his electronic signature to this document.

7

8  Dated: February 7, 2018          CENTER FOR DISABILITY ACCESS

9

10                                   By: /s/Phyl Grace

11                                       Phyl Grace
                                         Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3